IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ELLIOT OUTERBRIDGE** | : | **CIVIL ACTION** |
| | : | |
| v. | : | NO. 20-2783 |
| | : | |
| **DEREK OBERLANDER,** *et al.* | : | |

# ORDER

AND NOW, this 30th day of July 2021, upon careful and independent consideration of the Petition for a writ of habeas corpus (ECF Doc. No. 1), the Response to the Petition (ECF Doc. No. 14), United States Magistrate Judge Richard A. Lloret's May 26, 2021 Report and Recommendation (ECF Doc. No. 19), Petitioner's Objections (ECF Doc. No. 23), and for reasons in the accompanying Memorandum, it is **ORDERED**:

1. We **APPROVE** and **ADOPT** Judge Lloret's May 26, 2021 Report and Recommendation (ECF Doc. No. 19) as we **overrule** Petitioner's Objections (ECF Doc. No. 23);

2. We **DENY** and **DISMISS** the Petition for a writ of habeas corpus (ECF Doc. No. 1) with prejudice;

3. We **DENY** a certificate of appealability;[1] and,

4. The Clerk of Court shall **close** this case.

_____
**KEARNEY, J.**

---

[1] *See* 28 U.S.C. § 2253(c)(2); *Slack v. McDaniel*, 529 U.S. 473, 484 (2000).